CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

OCT 29, 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| JEB STUART AUCTION SERVICES, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:14cv00047 |
| ) | |
| v. ) | **JUDGMENT ORDER** |
| ) | |
| WEST AMERICAN INSURANCE COMPANY, ) | By: Hon. Jackson L. Kiser |
| ) | Senior United States District Judge |
| Defendant. ) | |

On August 13, 2015, I entered summary judgment for Plaintiff Jeb Stuart Auction Services, LLC. (See Order, Aug. 13, 2015 [ECF No. 40].) Thereafter, I granted summary judgment to Defendant West American Insurance Company on the appropriate measure of damages under the insurance contract. (See Order, Oct. 1, 2015 [ECF No. 60].) The parties have stipulated to the amount of damages, but have reserved the right to appeal my decision regarding liability and the appropriate measure of damages. (See Stipulation of Damages, Oct. 26, 2015 [ECF No. 61].) Therefore, it is hereby **ORDERED** and **ADJUDGED** that judgment shall be entered for Plaintiff in the amount of **$551,621.87**, plus interest of 0.23%, as set forth in 28 U.S.C. § 1961, accruing from the date of judgment. The Court will retain jurisdiction over this case for resolution of Plaintiff's request for attorneys' fees under Va. Code Ann. § 38.2-209(A). If appropriate, a separate order will be issued resolving that matter.

The clerk is directed to forward a copy of this Order to all counsel of record.

Entered this 29th day of October, 2015.

/s/ Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE