IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| JEB STUART AUCTION SERVICES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:14-cv-00047 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WEST AMERICAN INSURANCE COMPANY, | ) ) | By: Hon. Jackson L. Kiser<br>     Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

On April 28, 2016, I heard evidence on Plaintiff Jeb Stuart Auction Services, LLC's claim for attorneys' fees under Va. Code Ann. § 38.2-209. For the reasons stated in the accompanying Memorandum Opinion, I find in favor of Defendant West American Insurance Company ("West American") on that claim. Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, judgment is hereby **ENTERED** in favor of West American on Count III of Plaintiff's Complaint.

Judgment has been entered on all other claims. (See Order, Aug. 13, 2015 [ECF No. 40]; Order, Oct. 1, 2015 [ECF No. 60].) The clerk is hereby directed to forward a copy of this Order and accompanying Memorandum Opinion to all counsel of record and to remove this case from the active docket of the Court.

Entered this 16th day of June, 2016.

s/Jackson L. Kiser
SENIOR UNITED STATES DISTRICT JUDGE