# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| JEB STUART AUCTION SERVICES, LLC ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:14-cv-00047 |
| WEST AMERICAN INSURANCE COMPANY ) | |
| Defendant. ) | |

### NOTICE OF APPEAL

Notice is hereby given that Jeb Stuart Auction Services, LLC, the plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on June 16, 2016, and from the Order entered on October 1, 2015.

**Date: July 14, 2016**

                                              JEB STUART AUCTION SERVICES, LLC

                                              By:  */s/ Guy M. Harbert, III*
                                                       Of Counsel

Guy M. Harbert, III (VSB No. 22933)
Catherine J. Huff (VSB No. 78610)
Daniel R. Sullivan (VSB No. 81550)
GENTRY LOCKE
P.O. Box 40013
Roanoke, Virginia  24022-0013
(540) 983-9300
Fax: (540) 983-9400
Harbert@gentrylocke.com
Huff@gentrylocke.com
Sullivan@gentrylocke.com

Philip G. Gardner (VSB No. 12951)
GARDNER, BARROW, SHARPE &
PEARSON, P.C.
Fidelity Bank Building, 4th Floor
231 E. Church Street
Martinsville, Virginia 24114
(276) 638-23455
Fax: (276) 638-2458
phil@ggbslawfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 14, 2016, a true and accurate copy of the foregoing Notice of Appeal was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send notification of such filing to the following:

    Harrison Mann Gates
    Roman Lifson
    Edwin Ford Stephens
    Christian & Barton, LLP
    909 East Main Street, Suite 1200
    Richmond, VA 23219-3095
    (804) 697-4105; Fax: (804) 697-6105
    (804) 697-4164; Fax: (804) 697-6164
    (804) 697-4124; Fax: (804) 697-4112
    hgates@cblaw.com, rlifson@cblaw.com, estephens@cblaw.com

*Counsel for Defendant*

                                         */s/ Guy M. Harbert, III*
                                             Counsel